**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LASHONDA-LYNN CLARK,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-4789** |
| | : | |
| **SHK MANAGEMENT, INC.,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 14th day of February, 2023, in light of *pro se* Plaintiff Lashonda-Lynn Clark's failure to complete the Court's non-prisoner *in forma pauperis* application in a manner that makes clear to the Court (1) how she is supporting herself and (2) whether her financial circumstances warrant granting her leave to proceed *in forma pauperis*, as I required in my Order dated December 15, 2022 (ECF No. 4), it is **ORDERED** that Ms. Clark's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**